# EXHIBIT B

ADVERTISEMENT

NEW YORK

# Couple gets married on the N train

By **CAITLIN NOLAN** and **GINGER ADAMS OTIS**
NEW YORK DAILY NEWS | NOV 28, 2014

  



**SPECIAL SALE** | **ONLY $2 FOR 20 WEEKS**
Get stories that impact you

SAVE NOW

news)

N stood for nuptials Friday as a young couple got hitched on their favorite subway line.

In what was truly a moving ceremony, Hector Irakliotis, 26, and Tatyana Sandler, 25, exchanged vows on the N train as it crossed the Manhattan Bridge from Brooklyn.

Advertisement

SECTIONS        $2 FOR 20 WEEKS         LOG IN
                SALE ENDS 11/4

NYC COUNCIL PASSES JAIL PLAN, PAVING WAY FOR CLOSING RIKERS ISLAND

ADVERTISEMENT

Irakliotis, a game designer, boarded first at Kings Highway around 3:30 p.m. with his

SPECIAL SALE | ONLY $2 FOR 20 WEEKS
Get stories that impact you

SAVE NOW



Irakliotis boarded first at Kings Highway in Brooklyn around 3:30 p.m. with his groomsmen, and bride Sandler got on the train a few stops later at 36th St. (Stephanie Keith for new york daily news)

"Everyone, hi. I have an announcement to make," the groom said to the other riders. "I am going to be getting married in 20 minutes." He invited everyone to stay, but asked if they would move to the back of the car, which they willingly did.

**PAID POST**  **What Is This?**



**Nourison - Celestial CES-02 Sealife**

rugs-direct.com

**SEE MORE**

**SPECIAL SALE** | **ONLY $2 FOR 20 WEEKS**
Get stories that impact you

SAVE NOW

"Oh my goodness!" Debra Solomon, 57, who was taken aback by the 20 or so wedding guests who greeted her when she stepped into the car.



The couple exited at Canal St. in Manhattan to celebrate. (Stephanie Keith for new york daily news)

"This is something new, something very different," she said laughing. "I think it's very cute! It's romantic. This is definitely a first. And look how cooperative everyone is! That says a lot."

The radiant bride, a film editor from Ukraine, boarded at 36th St. in a glamorous white gown and accompanied by her maid of honor.

SPECIAL SALE | ONLY $2 FOR 20 WEEKS
Get stories that impact you

SAVE NOW



**WEDDING**

The marriage between Hector Irakliotis, 26, and Tatyana Sandler, 25, on the N train in NY, NY on November 28, 2014. (Stephanie Keith for New York Daily News) (Stephanie Keith for new york daily news)

**1 / 2**

She walked down the subway aisle — dodging poles — as the best man held up an iPhone blasting "City Love" by John Mayer.

The couple chose the N for their "I do's" because they spent a good deal of their courtship traveling on it.

"We've been through a lot. Good times, bad times, and a lot of the good times have taken place on the train," Irakliotis said. "Confessions of love, reconciliations, goofy, ridiculous conversations — the whole spectrum. In New York, you spend so much time on the train, we thought why not?"

**SPECIAL SALE** | **ONLY $2 FOR 20 WEEKS**
Get stories that impact you

SAVE NOW

**MOST READ**

Lying in state: Trump's chief of staff confirms the president's mendacity

Police in Bronx fatally shoot wanted man who struggled with officers during traffic stop

Female therapist arrested for having sex with patient and charging him $200 per session

An interfaith chaplain performed the ceremony as it went over the Manhattan Bridge. Riders broke into applause as they were pronounced man and wife. After posing for pictures, on subway stairs, the wedding party exited at Canal St. and headed for a bar.

Sandler, beaming with joy, said the unorthodox wedding venue was just another example of her new husband's incredible thoughtfulness.

"I'm originally from Ukraine, and each time we'd come back here, I'd say to Hector, 'It doesn't feel like home until I see the skyline as we're crossing the bridge.' And he remembered that. He planned it out specifically so that we'd see the skyline as we were married," she explained.

**SPECIAL SALE** | **ONLY $2 FOR 20 WEEKS**
Get stories that impact you

SAVE NOW

SAVE NOW

### Ginger Adams Otis
New York Daily News

 

Ginger Adams Otis joined the NY Daily News in 2012 and worked on the rewrite desk as well as special investigations and assignments before moving on to head the paper's "On the Job" beat, as both a columnist and reporter.

**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet | Sponsored

**Wow - These Luxury Car Interiors Are Real!**
Cars | Search Ads | Sponsored

**The Shake Shack Ordering Secret You Need To Know**
Wikibuy | Sponsored

**Only 6 Days Left To Enter To Win For Life!**
Publishers Clearing House | Sponsored

**This Portable Translator Let's You Speak 43 Languages.**
thegossiptemple.online | Sponsored

**Brothers charged with shooting driver in front of his kids in Missouri road rage…**
One day after four children watched their father being shot right in front of them, police in Missouri confirmed the horrific shooting was the result of road rage by two hot-tempered brothers. Authorities said the incident happene…
NY Daily News

**Roseanne Barr says former co-star Sara Gilbert destroyed her life**
Baltimore Sun

**You Probably Can't Pass This Quiz On 1977**

SPECIAL SALE | ONLY $2 FOR 20 WEEKS
Get stories that impact you

SAVE NOW

### Rudy Giuliani and wife Judith Nathan rip...

A Manhattan divorce judge said Wednesday that former New York City Mayor Rudolph Giuliani and his estranged wife Judith Nathan are headed toward a bitter matrimonial trial.

NY Daily News

**The Daily News Flash Newsletter - New York Daily News**
Weekdays

Catch up on the day's top five stories every weekday afternoon delivered to your inbox from the Daily News.

SUBSCRIBE

ADVERTISEMENT

RECOMMENDED

SPECIAL SALE | ONLY $2 FOR 20 WEEKS
Get stories that impact you

SAVE NOW

NYPD sergeant acted as heroin courier for in Tekashi69 trial

Subway stabber was defending herself when she killed straphanger in wild fight, lawyer claims

Convicted murderer Amber Guyger sent to same Texas prison that houses Selena killer Yolanda Saldivar

Off-duty NYPD cop dies after suffering medical episode while driving in the Bronx

by Taboola

## You May Like

Sponsored Links by Taboola

**See Why Guys Are Obsessed With These Sweats**
Mack Weldon

**Tiny Company Disrupting How Financial Advisors Find New Clients**
SmartAsset

**Virtually Nobody Can Pass This Basic Logic Quiz**
Topixoffbeat

**See The Mid-Engined 2020 Chevy Corvette From Every Angle**
Car and Driver

SPECIAL SALE | ONLY $2 FOR 20 WEEKS
Get stories that impact you

SAVE NOW

# Download our mobile app

# Subscribe for unlimited access

| | |
|---|---|
| About Us | Contact Us |
| Careers | Frequently Asked Questions |
| Site Map | |
| Media Kit | Place an Ad |
| Special Sections | Contests |
| Manage Subscription | BestReviews |
| The Active Times | The Daily Meal |
| Terms of Service | Privacy Policy |
| | TAG disclosure |

Copyright © 2019, New York Daily News

**SPECIAL SALE** | **ONLY $2 FOR 20 WEEKS**
Get stories that impact you

SAVE NOW